IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:05cr00046 |
| v. | ORDER and OPINION |
| GENEVA GILLIAM, | |
| *Defendant* | JUDGE NORMAN K. MOON |

Following the proceedings in Defendant's competency hearing held on November 16, 2006, and for the reasons stated at that hearing, the Court finds that because Defendant has both a sufficient present ability to consult with her lawyer with a reasonable degree of rational understanding and a rational and factual understanding of the proceedings against her, she is competent to stand trial.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the Defendant.

ENTERED: _____
United States District Judge

11/22/06
Date